**Order entered September 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00709-CV
No. 05-19-00711-CV

**IN THE INTEREST OF I.S., ET AL., CHILDREN**
**IN THE INTEREST OF J.L., JR., ET AL., CHILDREN**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-14-10695 and DF-17-19273**

## ORDER

The reporter's record in these accelerated parental termination cases has not been filed despite two orders directing Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, to file the record. Our last order, dated August 22, 2019, cautioned that we would take whatever action was necessary to ensure the reporter's record was filed if she failed to file the record within ten days. Accordingly, we **ORDER** Ms. Saavedra **NOT SIT** as a court reporter until she has filed the reporter's record.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ashley Wysocki, Presiding Judge of the 254th Judicial District Court; Ms. Saavedra; the Dallas County Auditor's Office; and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE